

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-22-00319-CV

**IN THE INTEREST OF E.G.M.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0604-CV-C
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant's brief is due on October 24, 2022. On October 18, 2022, appellant filed an unopposed second motion to extend time to file the brief requesting a thirty-day extension to file appellant's brief. The motion further requests this court order the trial court clerk "to supplement the clerk's record with all trial pleadings as well as all pleadings, motions, and orders in this cause . . . on or before October 31, 2022." According to the motion, "[U]pon review of the clerk's record [counsel] realized that it is missing every single trial pleading in this case. The district clerk only included post-judgment pleadings, orders, and motions." On July 27, 2022, the trial court clerk filed a record that does not comply with Texas Rule of Appellate Procedure 34.5(a). Specifically, the clerk's record does not contain "all pleadings on which the trial was held."

The motion is GRANTED as follows: Appellant is ORDERED (1) to pay for the supplemental clerks record or (2) make satisfactory arrangements with the trial court clerk to pay for the supplemental clerks record **no later than October 24, 2022**. *See* TEX. R. APP. P. 35.3(a)(2). The trial court clerk is ORDERED to file the supplemental clerks record **no later than October 31, 2022**. Appellant's brief is due **no later than November 18, 2022**. *Further requests for extensions of time to file appellant's brief will not be considered.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.



Michael A. Cruz,
Clerk of Court